## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF
## NORTH CAROLINA
## 3:11cv 120

| | | | |
|---|---|---|---|
| **Darrell Wade Barbee,** | | | |
| | **Plaintiff,** | : | |
| | | : | **ORDER** |
| | **V.** | : | |

**State of of North Carolina ,**

                       **Defendant.**

      Plaintiff  Barbee filed this  28  U.S.C. §2254, Petition for Writ of Habeas Corpus.

      In reviewing Plaintiff's complaint, it appears the incident giving rise to this action occurred in the Middle  District of North Carolina, where the defendant is located and where plaintiff is presently incarcerated.

      Therefore, pursuant to the provisions of Section 2241(d) of Title 28 of the United States Code,  IT IS HEREBY ORDERED that the entire record of this proceeding be and the same is hereby transferred to the United States District Court for the Middle  District of North Carolina.

      So Ordered THIS 11th day of March, 2011.

                             Signed: March 11, 2011

                             *Frank G. John*

                             Frank G. Johns, Clerk
                             United States District Court